IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACK AUNDREA ROBINSON,

    Plaintiff,

v.                                                                                                              No. 15-cv-0666 SMV

TORI SANDOVAL,
CURRY COUNTY ADULT DETENTION CENTER,
UNKNOWN KITCHEN MANAGER, and
UNKNOWN CONTRACTOR,

    Defendants.

## ORDER TO CURE DEFICIENCY

THIS MATTER is before the Court on Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)," filed on July 30, 2015. [Doc. 2]. The Short Form application does not provide sufficient information for the Court to determine whether a plaintiff is unable to pay the required fees. The Court now requires plaintiffs seeking to proceed without prepaying fees to file the "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Consequently, Plaintiff's filing is deficient because Plaintiff has not filed the "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Failure to file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" within thirty (30) days from entry of this order may result in denial of Plaintiff's application to proceed without prepaying fees or costs. Any papers that Plaintiff files in response to this order must include the civil cause number (No. 15-cv-0666 SMV) of this case.

**IT IS THEREFORE ORDERED** that Plaintiff file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" within 30 days from entry of this order. Furthermore, the Clerk is directed to mail to Plaintiff, together with a copy of this order, an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**