IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACK AUNDREA ROBINSON,

        Plaintiff,

v.                                                                 No. 15cv666 KG/SMV

TORI SANDOVAL,
CURRY COUNTY ADULT DETENTION CENTER,
UNKNOWN KITCHEN MANAGER, and
UNKNOWN CONTRACTOR,

        Defendants.

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on Plaintiff's failure to comply with the Court's Memorandum Opinion and Order, Doc. 7.

On July 30, 2015, Plaintiff filed a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 Doc. 1 ("Complaint"), which claims that Defendants violated his constitutional rights when they failed to allow him to adhere to his religious diet during the holy month of Ramadan, and an Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. 6 ("Application").

On September 25, 2015, the Court granted Plaintiff's Application to proceed *in forma pauperis*, dismissed the claims against Defendants Sandoval and Curry County Adult Detention Center and allowed Plaintiff 30 days to file an amended complaint identifying the individual(s) who allegedly impeded his ability to adhere to his religious diet during the holy month of Ramadan in 2015. *See* Doc. 7. The Court notified Plaintiff that failure to file an amended may result in dismissal of this action. Plaintiff did not file an amended complaint by the October 26, 2015, deadline. The Court will, therefore, dismiss this case without prejudice.

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**UNITED STATES DISTRICT JUDGE**