IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACK AUNDREA ROBINSON,

      Plaintiff,

v.                                      No. 15cv666 KG/SMV

TORI SANDOVAL,
CURRY COUNTY ADULT DETENTION CENTER,
UNKNOWN KITCHEN MANAGER, and
UNKNOWN CONTRACTOR,

      Defendants.

## FINAL ORDER

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**UNITED STATES DISTRICT JUDGE**